O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JO KITTOK; CURTIS BELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY, An Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: EDCV 08-01627 CAS (RCx)<br><br>**JUDGMENT** |

　　　Following the grant of summary judgment and an award of damages to the plaintiffs on July 27, 2009 ($8,000) and following the grant of the plaintiffs' motion for an award of attorney's fees ($21,841.50) and costs ($387.50), **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Ralphs Grocery Company shall pay the plaintiffs a total of $**30,229.00**.

　Dated: October 13, 2009

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　United States District Judge

---

Final Judgment　　　　　　　　　　　1　　　　　　　　　　　EDCV 08-01627 CAS (RCx)