FILED

FEB 18 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY JO KITTOK; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RALPHS GROCERY COMPANY, An Ohio Corporation,<br><br>Defendant - Appellant. | No. 09-56363<br><br>D.C. No. 5:08-cv-01627-CAS-RC<br>Central District of California, Riverside<br><br>ORDER |



Pursuant to the stipulation by appellant and appellees under Federal Rule of Appellate Procedure 42(b), it is ordered that appeal no. 09-56363 be dismissed with prejudice. Costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this Court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>    and Ninth Circuit Rule 27-10

amt/Pro Mo 17Feb 2010